[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-15941
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 3, 2006
THOMAS K. KAHN

D. C. Docket No. 04-01667-CV-T-26MAP

WILLIAM METHENEY,

Plaintiff-Appellee,

versus

BRINKER INTERNATIONAL PAYROLL COMPANY,  L.P.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(April 3, 2006)**

Before CARNES, PRYOR and COX, Circuit Judges.

PER CURIAM:

The Defendant Brinker International Payroll Company, L.P. ("Brinker"), appeals following a verdict and judgment in favor of the Plaintiff William Metheney in this Fair Labor Standards Act case. Brinker argues: (1) that the trial court erred in denying Brinker's motion for judgment as a matter of law; or, alternatively, that the trial court abused its discretion in denying Brinker's motion for a new trial; (2) that the trial court abused its discretion in excluding evidence of bias on the part of Metheney and Smith, Metheney's principal witness; (3) that the trial court erred in formulating the verdict form submitted to the jury; and (4) that the trial court abused its discretion in determining the amount of attorneys' fees awarded. We have carefully considered Brinker's arguments and conclude that no reversible error has been shown.

AFFIRMED.